# United States Court of Appeals for the Fifth Circuit

———————

No. 25-11292
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**

June 9, 2026

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Keysi Gonzalez-Madrid,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:25-CR-86-1

———————————————————

Before King, Haynes, and Ho, *Circuit Judges*.

Per Curiam:[*]

The Federal Public Defender appointed to represent Keysi Gonzalez-Madrid has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Gonzalez-Madrid has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-11292

therein.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Any potential challenge to the sentence would be moot because Gonzalez-Madrid has been released from custody and has no term of supervised release.  *See Spencer v. Kemna*, 523 U.S. 1, 7 (1998).  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.